# Order

**Michigan Supreme Court**
**Lansing, Michigan**

November 2, 2016

153331

PEOPLE OF THE STATE OF MICHIGAN,
    Plaintiff-Appellee,

v

MARQUISE LARNELL WREN,
    Defendant-Appellant.

_____/

Robert P. Young, Jr.,
Chief Justice

Stephen J. Markman
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen,
Justices

SC: 153331
COA: 324118
Kalamazoo CC: 2014-000721-FC

On order of the Court, the application for leave to appeal the January 19, 2016 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

November 2, 2016



Clerk

p1026